UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO J. REYES,

                      Plaintiff,

-against-

TAI THAI THAILAND HOME COOKING INC., d/b/a CHOMP CHOMP THAI KITCHEN, et al.,

                      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2024
```

24-CV-02242 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On March 27, 2024, the Court ordered that within thirty days of service of the summons and complaint upon each Defendant, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. *See* Dkt. No. 7. The Court further ordered that within fifteen additional days (*i.e.*, within forty-five days of service of the summons and complaint), the parties must submit a joint letter, informing the Court as to the status of settlement and including either a request for (1) a referral to mediation or a Magistrate Judge for a settlement conference (with an indicated preference between the two options), or (2) an initial status conference. *See id.* On May 22, 2024, Plaintiff filed proofs of service of Defendants, both of whom were served on April 16, 2024. *See* Dkt. Nos. 8 & 9. Accordingly, pursuant to the Court's March 27 Order, the parties' joint letter was due May 31, 2024. To date, no such letter has been filed, and Defendants have not appeared in this action.

      It is hereby ORDERED that the parties shall file a joint letter, pursuant to the Court's March 27 Order, no later than **June 21, 2024**, or risk sanctions, default, or dismissal for failure to prosecute. Plaintiff's counsel is directed to email a copy of this Order to counsel for Defendants forthwith. If unaware of the identity of counsel for Defendants, Plaintiff's counsel must forthwith serve a copy of this Order upon Defendants no later than **June 11, 2024**, and file proof of such service no later than **June 12, 2024**.

Dated: June 7, 2024
       New York, New York

                                                      SO ORDERED.

                                                      MARGARET M. GARNETT
                                                      United States District Judge